UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING
APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name: <u>Ulish Booker, Jr.</u>
Bankruptcy Case No. <u>19–30787</u>
Adversary Case Name:
Adversary Case No.
Previous Civil No.
Previous Miscellaneous No.
Transmittal Document No.: <u>182</u>

**To the District Court:**

**Attached please find the following checked items:**

1. ☐  Motion for Leave to Appeal (only)
   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☑ Notice of Appeal (only)

3. ☐ Related documents as indicated below:
   ☐ Designation of items designated by the Appellant
   ☐ Designation of items designated by the Appellee
   ☐ Cross Appeal
   ☐ Amended Appeal
   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
   ☐ Transcripts
   ☑ Other Order referring Application to Proceed in District Court without Prepaying Fees or Costs.

Application ECF No. 174 Attached.

4. Other applicable information:

   Filing Fee ☐ Paid ☑ Not Paid
   Appellant's name:  <u>Ulish Booker, III. 9 Sanford Street, West Haven, CT 06516</u>
   Appellant's attorney:  <u>Pro Se</u>
   Appellee's name:  <u>U.S. Bank National Association as Legal Title Trustee fro Truman 2016 SC6 Title Trust</u>
   Appellee's attorney:  <u>Sara Buchanan, Bendett McHugh, P.C. 270 Farmington Ave., Suite 171, Farmington, CT 06032</u>
   Additional Interested Parties: <u>Roberta Napolitano, Ch 13 Standing Trustee, 10 Columbus Blvd., Hartford, CT 06106</u>

By <u>Regina S. Miltenberger</u>                                    Date: 4/27/20
  Deputy Clerk, U. S. Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT**

Debtor(s) Name: Ulish Booker, Jr.
Bankruptcy Case No.: 19–30787
Adversary Case No.:
Previous Civil No.:
Previous Miscellaneous No.:
Transmittal Document No.: 182
Transmittal dated: 4/27/20

**To the Bankruptcy Court:**

**The following number has been assigned:**

☒ Civil No. Assigned  20-cv-00562-VLB

☐ Miscellaneous No. Assigned

☒ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.


By  /s/Nick Fanelle
   Deputy Clerk, U. S. District Court          Date: 4/27/2020

| | |
|---|---|
| **From:** | CTBECF_Courtmail@ctb.uscourts.gov |
| **To:** | Courtmail@ctb.uscourts.gov |
| **Subject:** | 19-30787 Transmittal regarding Appeal and/or related documents (USDC) |
| **Date:** | Monday, April 27, 2020 9:15:34 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Miltenberger, Regina S. entered on 4/27/2020 at 9:14 AM EDT and filed on 4/27/2020
**Case Name:** Ulish Booker, Jr.
**Case Number:** 19-30787
**Document Number:** 182

**Docket Text:**
Transmittal of Notice of Appeal to U.S. District Court (RE:)[172] Notice of Appeal filed by Ulish Booker,III., Creditor, [174] Application to Proceed in District Court without Prepaying Fees or Costs filed by Ulish Booker, III., Creditor (Attachments: # (1) Application to Proceed in District Court without Prepaying Fees or Costs)(Miltenberger, Regina)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Appeals\19-30787 Booker, III Appeal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=4/27/2020] [FileNumber=13898341-0] [c8793b3a097a2fa6b44e540c83d0ee366eee9e08db8debe74d20892bd6a9c058ce 2b9fdb8c83305989e60cb008f650fdaa7b76784311671060c5f58fce808e4b]]
**Document description:** Applilcation to Proceed in District Court without Prepaying Fees or Costs
**Original filename:** H:\Appeals\19-30787 Motion to Wailve by Booker III.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=4/27/2020] [FileNumber=13898341-1] [01d69d94ffdc8b6f13809842794cca239fea06ca1eecffce4899817ffff8bf0d7d 312b0216d85916d2f2e93f658ce532f9b18b58aa344da86f6fd560b08a5b95]]

**19-30787 Notice will be electronically mailed to:**

Sara Buchanan on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust

BKECF@bmpc-law.com

Sara Buchanan on behalf of Defendant U.S. Bank National Association as Legal Title Trustee For Truman 2016 SCC Title Trust
BKECF@bmpc-law.com

Andrew S. Cannella on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
bkecf@bmpc-law.com

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Linda St. Pierre on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**19-30787 Notice will not be electronically mailed to:**

Ulish Booker, Jr.
9 Sanford Street
West Haven, CT 06516

Ulish Booker III
9 Sanford St
West Haven, CT 06516